UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY M. CONNORS,<br><br>                Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,[1]<br><br>                Defendant. | CASE NO. C16-0853-RJB<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

The Court has reviewed the entire record, including defendant's Motion to Dismiss (Dkt. 9) and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler (Dkt. 13). It is therefore ORDERED:

    (1)    The Court adopts the Report and Recommendation;

    (2)    This case is DISMISSED with prejudice for failure to exhaust administrative remedies; and

    (3)    The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. The Clerk is directed to update the docket, and all future filings by the parties should reflect this change.

ORDER DISMISSING CASE WITH PREJUDICE
PAGE - 1

DATED this 30th day of January, 2017.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER DISMISSING CASE WITH PREJUDICE
PAGE - 2